SUMMIT DEFENSE
A Professional Law Corporation
JAMES T. REILLY, Attorney at Law
California State Bar No. 67254
4040 Civic Center Drive, Suite 200
San Rafael, CA 94903

Phone: 510-412-8900
Cell:  415-913-0787

Attorneys for Defendant ROBERT ESTUPINIAN

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
SAN JOSE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　　　vs.<br><br>ROBERT E. ESTUPINIAN,<br><br>　　　　Defendant. | Case No. CR 09-01212-2<br><br>STIPULATION AND []<br>ORDER TO CONTINUE SENTENCING |

Sentencing for Defendant ROBERT ESTUPINIAN is currently scheduled for 10:00 am, Thursday, October 11, 2012.

Pursuant to Mr. Estupinian's plea agreement in this matter, he is continuing to cooperate with the government with respect to an unrelated on-going criminal investigation.

In order to allow Mr. Estupinian to provide continuing assistance in that investigation, and to allow both Mr. Estupinian and the government to present to the court additional information in that regard which is relevant to his sentencing in this matter, the parties jointly stipulate and request that this Court continue the sentencing of Mr. Estupinian.

1 | The sentencing hearing for co-defendant Peter Ye is currently scheduled for 10:00 am, Thursday, October 5, 2012. The parties therefore jointly propose that the court vacate the currently scheduled sentencing date for Mr. Estupinian and continue his sentencing to 10:00 am, Thursday, October 11, 2012.

Date: October 9, 2012          Respectfully submitted,


_____/s/_____
JAMES T. REILLY, Attorney at Law
California State Bar No. 67254
Counsel for Defendant ROBERT E. ESTUPINIAN


_____/s/_____
DANIEL R. KALEBA
Assistant United States Attorney
Counsel for Plaintiff UNITED STATES OF AMERICA


   Based on the above and for good cause shown,
   IT IS HEREBY ORDERED:
   That the October 11, 2012, sentencing date for Robert Estupinian is vacated and his sentencing is continued to 10:00 am, Thursday, October 11, 2012.

Dated: _____   _____
                            The HONORABLE D. LOWELL JENSEN
                            UNITED STATES DISTRICT JUDGE

**Stipulation and [] Order to Continue Sentencing**
**CR 09-01212**
-2-